UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TODD J. VAN HORN and
THORA S. VAN HORN,
          Plaintiffs,

v.                                                                                  Civil Action No. 09-CV-0138(A)

NCO FINANCIAL SYSTEMS, INC.,

          Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:

_____
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: 7/24/09

_____
Michael Del Valle, Esq.
*Attorneys for Defendant*
Sessions, Fishman, Nathan & Israel, LLC of New York
130 John Muir Drive, Suite 106
Buffalo, New York 14228
Phone: (716) 625-7492